PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
GABRIEL BONO, MI P71570
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 214.767.8393
    Fax: 415.744.0135
    Email: Gabriel.Bono@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH INFANTE,<br><br>    Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:23-cv-02359-JDP<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended from February 16, 2024, up to and including March 18, 2024. This is the Defendant's first request for an extension.

Defendant requests this extension in order to further consider the 1844-page administrative record in light of the six issues raised in Plaintiff's motion. Moreover, this case was only recently assigned to the undersigned. Accordingly, the undersigned requests more time to properly consider and respond to the issues raised by Plaintiff.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                Respectfully submitted,

Dated: February 9, 2024        /s/ *Francesco Benavides*
                                    (*as authorized via e-mail on February 8, 2024)
                                    FRANCESCO P. BENAVIDES
                                    Attorney for Plaintiff

Dated: February 9, 2024        PHILLIP A. TALBERT
                                    United States Attorney
                                    MATHEW W. PILE
                                    Associate General Counsel
                                    Social Security Administration

                              By:    /s/ *Gabriel Bono*
                                    GABRIEL BONO
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including March 18, 2024, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:  February 12, 2024

                                                  JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE